Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN GIBSON,<br><br>   Plaintiff,<br><br> vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>   Defendant. | Case No.  09-CV-02456-LKK-KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

  Plaintiff, KEN GIBSON, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on September 1, 2009.  NCO filed its responsive pleading on October 2, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

/ / /

Stipulation to Dismiss With Prejudice

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 12/31/09         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 12/31/09         KROHN & MOSS, LTD.

/s/ G.Thomas Martin, III
G. Thomas Martin, III,
Attorney for Plaintiff,
Ken Gibson

IT IS SO ORDERED.

Dated:   January 5, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com